IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISAAC D. MOSLEY, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-22-321-F |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on May 13, 2022, recommending the court dismiss without prejudice plaintiff's action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), for failure to state a claim upon which relief can be granted. Magistrate Judge Purcell advised plaintiff of the right to file an objection to the Report and Recommendation by June 2, 2022, and specifically advised plaintiff that failure to timely object to the Report and Recommendation would waive appellate review of the recommended ruling.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 6) issued by United States Magistrate Judge Gary M. Purcell on May 13, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Plaintiff Isaac D. Mosley's action under <u>Bivens v.</u>

<u>Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), for failure to state a claim upon which relief can be granted.  A separate judgment shall issue.

    IT IS SO ORDERED this 16th day of June, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0321p001.docx